# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-289
_____

BRIAN CASEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

December 11, 2018


PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Brian Casey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, for Appellee.